DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SINCEER PRIEST,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1954

[November 23, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502017CF011338AXX.

George Edward Reres of Rereslaw, LLC, Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***